# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| SHELLY S. YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:05CV00067 ERW |
| ) | |
| JO ANNE B. BARNHART, ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig pursuant to 28 U.S.C. § 636(b). The Court notes that no objections to the Report and Recommendation have been filed within the time afforded by 28 U.S.C. § 636(b)(1).

Pursuant to 42 U.S.C. § 405(g), a party may seek review of any final decision of the Commissioner of Social Security. Upon review, a district court may remand to the Commissioner, under sentence four of § 405(g). After filing an answer, the Commissioner filed a Motion to Remand(doc. #15).

As detailed in the Report and Recommendation, further consideration by the Administrative Law Judge is necessary to develop a full and fair record with regard to Plaintiff's mental limitations, as well as to obtain vocational expert testimony, if necessary. Therefore, after consideration of the issues, the Court hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner's Motion to Reverse and Remand is **GRANTED**. The above-styled action is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings in accordance with the Report and Recommendation.

Dated this 7th day of June, 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE